No. 6,241.—JAMES H. HAMILTON, RESPONDENT, *v.* FRED W. WOOLSEY ET AL., APPELLANTS.

*Appeal from District Court, Custer County; S. D. McKinnon, Judge.*

Decided November 8, 1927.

PER CURIAM.—Appellant's motion to dismiss the appeal in the above-entitled cause is sustained and the appeal dismissed.

*Messrs. Loud & Leavitt,* for Appellants.

---

No. 6,248.—STATE EX REL. CLARA M. COWAN, RELATRIX, *v.* DISTRICT COURT OF THE NINTH JUDICIAL DISTRICT AND BEN B. LAW, JUDGE THEREOF, RESPONDENTS.

Original application for Writ of Mandate to compel respondents to assume jurisdiction of an application for the modification of the decree of divorce entered in the case entitled *Clara M. Cowan* v. *Lester W. Cowan.*

Decided November 23, 1927.

PER CURIAM.—The above matter coming on regularly for hearing, and it appearing to the court that respondent court and judge have assumed jurisdiction of the application for modification of the decree in the matter above referred to, pending in said court, and that it is the intention of the district court to set the matter at the earliest practicable date and to determine the matters presented, the alternative writ of mandate issued herein is discharged and the proceeding dismissed.

*Mr. D. W. Zundel,* for Relatrix.